AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Middle     RECEIVED District of     Alabama

| | |
|---|---|
| Plaintiff | **APPLICATION TO PROCEED** |
| 2007 MAR 15 A 9:55 | **WITHOUT PREPAYMENT OF** |
| V. | DEBRA P. HACKETT **FEES AND AFFIDAVIT** |
| | U.S. DISTRICT COURT |
| | MIDDLE DISTRICT A |

Defendant

CASE NUMBER: 2:07cv197 — mHT

I, _Timothy Watters #117621_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _South Louisiana Correctional Center_

    Are you employed at the institution? _No_    Do you receive any payment from the institution? _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.          N/A

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes          ☑ No
    b.  Rent payments, interest or dividends          ☐ Yes          ☑ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
    d.  Disability or workers compensation payments          ☐ Yes          ☑ No
    e.  Gifts or inheritances          ☐ Yes          ☐ No
    f.  Any other sources          ☑ Yes          ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Family sends money order for purchase of personal Hygene items from Institutional Canteen.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   *PMOD*

   If "Yes," state the total amount.  _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_3.9-07_   _____     _Timothy Watkins_
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

LCS Corrections Services, Inc.
Resident Id: A117621
From: 8/1/2006
To: 3/12/2007

# Trust Fund Resident Activity

| Resident Id | Personal ... | Last Na... ▲ | First Name | Class | Unit | Building | Pod | Bed |
|---|---|---|---|---|---|---|---|---|
| A117621 | A117621 | WATTERS | TIMOTHY | GP | SLCC | BCAT | 4 | 40 |

| Beginning Balance | | |
|---|---|---|
| ⊞ | | $34.17 |

| Task No. | Date ▲ | Task | Check No. | Comment | Amount |
|---|---|---|---|---|---|
| ⊞ | 793442 | 8/2/2006 1:08:... | Transfer Funds | | 979041981678 | ($15.00) |
| ⊞ | 800828 | 8/7/2006 3:44:... | ROA | | william marrero | $30.00 |
| ⊞ | 805775 | 8/10/2006 8:21... | Sale | | Scanned Sale | ($21.86) |
| ⊞ | 805945 | 8/10/2006 8:41... | Sale | | Reversed Task No. 805775 | $21.86 |
| ⊞ | 806044 | 8/10/2006 9:18... | Saie | | Scanned Sale | ($21.86) |
| ⊞ | 808187 | 8/11/2006 4:01... | Transfer Funds | | 306281819589 | ($20.00) |
| ⊞ | 810918 | 8/14/2006 3:23... | ROA | | edward s. | $40.00 |
| ⊞ | 813055 | 8/15/2006 3:37... | ROA | | linda lumpkins | $12.80 |
| ⊞ | 817914 | 8/18/2006 9:20... | Transfer Funds | | 403542870926/471356313913/76417236... | ($30.00) |
| ⊞ | 821994 | 8/21/2006 5:49... | Sale | | Scanned Sale | ($29.56) |
| ⊞ | 829166 | 8/28/2006 10:1... | ROA | | william marrero | $30.00 |
| ⊞ | 829170 | 8/28/2006 10:1... | ROA | | johnnie watters | $35.00 |
| ⊞ | 831375 | 8/28/2006 4:58... | Sale | | Scanned Sale | ($27.21) |
| ⊞ | 834638 | 8/30/2006 10:3... | Transfer Funds | | 254849419258 | ($20.00) |
| ⊞ | 839560 | 9/5/2006 6:27:... | Sale | | Scanned Sale | ($17.77) |
| ⊞ | 852600 | 9/12/2006 2:49... | Transfer From Unit | | | ($0.57) |
| ⊞ | 852600 | 9/12/2006 2:49... | Transfer To Unit | | | $0.57 |
| ⊞ | 856599 | 9/13/2006 2:53... | ROA | | Mailroom Receipts | $12.80 |
| ⊞ | 863876 | 9/18/2006 12:2... | Release | | LCS Automated Release | $0.00 |
| ⊞ | 863878 | 9/18/2006 12:2... | Group Assignment | | Building Change | $0.00 |
| ⊞ | 866324 | 9/19/2006 9:06... | Intake | | | $0.00 |
| ⊞ | 866325 | 9/19/2006 9:06... | Group Assignment | | Building Change | $0.00 |
| ⊞ | 866326 | 9/19/2006 9:06... | Group Assignment | | Building Change | $0.00 |
| ⊞ | 867586 | 9/19/2006 2:00... | Transfer Funds | | 829418527941 | ($10.00) |
| ⊞ | 867845 | 9/19/2006 2:56... | ROA | | Mailroom Receipts | $50.00 |
| ⊞ | 870966 | 9/21/2006 8:24... | Sale | | Scanned Sale | ($36.71) |
| ⊞ | 871164 | 9/21/2006 8:42... | Sale | | Unable to fill order for Task No. 870966 | $36.71 |
| ⊞ | 871165 | 9/21/2006 8:43... | Sale | | Retry order for Task No. 870966 | ($27.44) |
| ⊞ | 876784 | 9/26/2006 9:38... | Sale | | Scanned Sale | ($10.46) |
| ⊞ | 877641 | 9/26/2006 2:57... | Transfer Funds | | 963059761286 | ($15.00) |
| ⊞ | 884670 | 10/2/2006 3:38... | ROA | | Mailroom Receipts | $50.00 |
| ⊞ | 885224 | 10/3/2006 7:38... | Sale | | Scanned Sale | ($37.55) |
| ⊞ | 890057 | 10/5/2006 8:06... | Sale | | Scanned Sale | ($12.78) |

LCS Corrections Services, Inc.

Trust Fund Resident Activity
3/12/2007 11:02 AM

Resident Id: A117621
From: 8/1/2006
To: 3/12/2007

Trust Fund Resident Activity
2 Of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| ⊞ | 895934 | 10/10/2006 2:4... | ROA | | Mailroom Receipts | $75.00 |
| ⊞ | 895963 | 10/10/2006 2:5... | ROA | | Mailroom Receipts | $20.00 |
| ⊞ | 899036 | 10/12/2006 10:... | Sale | | Scanned Sale | ($53.90) |
| ⊞ | 899374 | 10/12/2006 10:... | Sale | | Unable to fill order for Task No. 899036 | $53.90 |
| ⊞ | 899375 | 10/12/2006 10:... | Sale | | Retry order for Task No. 899036 | ($51.75) |
| ⊞ | 903936 | 10/17/2006 7:5... | Sale | | Scanned Sale | ($19.73) |
| ⊞ | 904010 | 10/17/2006 8:2... | ROA | | Mailroom Receipts | $25.00 |
| ⊞ | 908218 | 10/19/2006 7:3... | Sale | | Scanned Sale | ($26.87) |
| ⊞ | 911624 | 10/23/2006 2:2... | ROA | | Mailroom Receipts | $10.00 |
| ⊞ | 916959 | 10/26/2006 8:4... | Sale | | Scanned Sale | ($25.61) |
| ⊞ | 917809 | 10/26/2006 2:0... | ROA | | Mailroom Receipts | $20.00 |
| ⊞ | 918932 | 10/27/2006 3:5... | Automated Payment | | Medical Services | ($3.00) |
| ⊞ | 925648 | 11/2/2006 9:38... | Sale | | Scanned Sale | ($22.95) |
| ⊞ | 926354 | 11/2/2006 2:19... | ROA | | Mailroom Receipts | $50.00 |
| ⊞ | 929332 | 11/6/2006 4:52... | Sale | | Scanned Sale | ($25.79) |
| ⊞ | 934789 | 11/10/2006 8:2... | Group Disbursement | 8547 | | $0.00 |
| ⊞ | 938002 | 11/13/2006 4:1... | Sale | | Scanned Sale | ($22.11) |
| ⊞ | 938371 | 11/14/2006 7:3... | Sale | | Unable to fill order for Task No. 938002 | $22.11 |
| ⊞ | 938372 | 11/14/2006 7:3... | Sale | | Retry order for Task No. 938002 | ($20.81) |
| ⊞ | 938383 | 11/14/2006 7:3... | ROA | | Mailroom Receipts | $10.00 |
| ⊞ | 938435 | 11/14/2006 7:4... | ROA | | Mailroom Receipts | $37.80 |
| ⊞ | 938516 | 11/14/2006 8:0... | ROA | | Mailroom Receipts | $12.80 |
| ⊞ | 947184 | 11/20/2006 5:0... | Sale | | Scanned Sale | ($39.29) |
| ⊞ | 958336 | 11/30/2006 9:3... | Transfer Funds | | 416812646161 | ($20.00) |
| ⊞ | 962045 | 12/4/2006 12:3... | Sale | | Scanned Sale | ($4.93) |
| ⊞ | 972808 | 12/12/2006 8:2... | ROA | | Mailroom Receipts | $50.00 |
| ⊞ | 976354 | 12/13/2006 2:3... | Sale | | Scanned Sale | ($49.50) |
| ⊞ | 976418 | 12/13/2006 2:4... | ROA | | Mailroom Receipts | $17.80 |
| ⊞ | 981116 | 12/18/2006 3:0... | Sale | | Scanned Sale | ($17.04) |
| ⊞ | 982413 | 12/19/2006 10:... | ROA | | Mailroom Receipts | $50.00 |
| ⊞ | 982486 | 12/19/2006 10:... | ROA | | Mailroom Receipts | $50.00 |
| ⊞ | 985918 | 12/20/2006 5:2... | Sale | | Scanned Sale | ($30.26) |
| ⊞ | 987710 | 12/21/2006 4:2... | ROA | | Mailroom Receipts | $10.00 |
| ⊞ | 990896 | 12/26/2006 3:4... | ROA | | Mailroom Receipts | $25.00 |
| ⊞ | 993110 | 12/27/2006 3:1... | Sale | | Scanned Sale | ($24.70) |
| ⊞ | 993686 | 12/27/2006 6:5... | Sale | | Unable to fill order for Task No. 993110 | $24.70 |
| ⊞ | 993687 | 12/27/2006 6:5... | Sale | | Retry order for Task No. 993110 | ($22.27) |
| ⊞ | 994594 | 12/28/2006 3:0... | Transfer Funds | | 842728597373 | ($20.00) |
| ⊞ | 995963 | 12/29/2006 3:5... | Sale | | Scanned Sale | ($28.40) |

LCS Corrections Services, Inc.

Trust Fund Resident Activity
3/12/2007 11:02 AM

Resident Id: A117621
From: 8/1/2006
To: 3/12/2007

Trust Fund Resident Activity
3 Of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| ⊠ | 998001 | 1/2/2007 5:04:... | Automated Payment | | Medical Services | ($3.00) |
| ⊠ | 999446 | 1/3/2007 1:29:... | Sale | | Scanned Sale | ($21.00) |
| ⊠ | 1010982 | 1/12/2007 4:00... | ROA | | Mailroom Receipts | $25.60 |
| ⊠ | 1012414 | 1/15/2007 3:55... | Sale | | Scanned Sale | ($27.00) |
| ⊠ | 1012700 | 1/15/2007 4:59... | Group Disbursement | 8805 | | $0.00 |
| ⊠ | 1015062 | 1/17/2007 11:4... | Sale | | | $3.39 |
| ⊠ | 1015359 | 1/17/2007 11:5... | Transfer Funds | | 394219459583 | ($10.00) |
| ⊠ | 1022387 | 1/23/2007 3:16... | ROA | | Mailroom Receipts | $15.00 |
| ⊠ | 1028495 | 1/29/2007 5:29... | Sale | | Scanned Sale | ($18.00) |
| ⊠ | 1036275 | 2/6/2007 8:27:... | ROA | | Mailroom Receipts | $20.00 |
| ⊠ | 1039770 | 2/7/2007 1:51:... | Sale | | | ($19.24) |
| ⊠ | 1047491 | 2/14/2007 2:18... | Sale | | Scanned Sale | ($0.86) |
| ⊠ | 1055727 | 2/21/2007 4:40... | ROA | | Mailroom Receipts | $40.00 |
| ⊠ | 1057099 | 2/22/2007 3:52... | ROA | | Mailroom Receipts | $5.00 |
| ⊠ | 1060472 | 2/26/2007 5:18... | ROA | | Mailroom Receipts | $20.00 |
| ⊠ | 1061149 | 2/27/2007 10:5... | Sale | | Scanned Sale | ($36.70) |
| ⊠ | 1064855 | 2/28/2007 3:18... | Sale | | Scanned Sale | ($22.11) |
| ⊠ | 1065709 | 2/28/2007 4:13... | ROA | | Mailroom Receipts | $50.00 |
| ⊠ | 1067306 | 3/2/2007 8:14:... | Transfer Funds | | 158953869179 | ($10.00) |
| ⊠ | 1069420 | 3/5/2007 2:37:... | Sale | | Scanned Sale | ($30.19) |
| ⊠ | 1070103 | 3/5/2007 4:17:... | ROA | | Mailroom Receipts | $50.00 |
| ⊠ | 1074008 | 3/7/2007 5:01:... | Sale | | Scanned Sale | ($24.80) |
| ⊠ | 1075647 | 3/9/2007 9:39:... | Transfer Funds | | 818253564135 | ($10.00) |
| Ending Balance | | | | | | ▼ |
| ⊠ | | | | | | $31.43 |