IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TIMOTHY WATTERS
    Plaintiff.

Vs.

Governor Kathleen Blanco,
              et, al.
    Defendants.

Civil Action No: 2:07-cv-197-MHT
(WO)

RECEIVED
MAR 30 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## MOTION FOR APPOINTMENT OF COUNSEL

Pursaunt to Federal civil procedure rule 23 Plaintiff moves for a order appointing counsel to represent this civil action. In support of this motion Plaintiff state:

1. Plaintiff is unable to afford counsel.

2. Plaintiff's incarceration will greatly limit his ability to litigate the issues involved in this case. The issues are complex, and will require significant research and investigation.

3. Plaintiff has limited access to the law library, limited research materials and limited knowledge of the law.

4. S.L.C.C. does not allow the use of carbon paper, therefore the plaintiff must have every legal document he types copied by the Staff here, and the only days for such is Tuesdays and Thursdays. To which some times court deadlines may be hard to meet.

5. A trial in this case will likely involve conflicting testimony, and counsel would better enable PLaintiffs to present evidence and cross examine witnesses.

6. In some instances materials / information is being with held and removed from the inmate law library computer, etc.

7. The institution provides only one computer for five-hundred (500) Alabama inmates to do research on and inmates are only permitted one hour in the law library.

8. The interest of **Justice** for both this court and the Plaintiff would best be served by appointment of counsel whom is familar with procedure and rights of plaintiffs.

1.

PRAYER

Wherefore, Plaintiffs pray the court to appoint counsel in this case.

*Timothy Watters*
Plaintiff

Executed on this 23 day of March, 2007 in Basile, Louisiana. 70515

2.



TOREY BEASLEY #A232790
LCS. BC#4
3843 STAGG AVENUE
BASILE, LA. 70515



—Legal Mail—
E.W. 3/27/07

           MS. DEBRA HACKETT
CLERK OF THE COURT UNITED STATES DISTRICT
           POST OFFICE BOX 711
     MONTGOMERY, ALABAMA. 36101-0711

