IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WATTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv197-MHT |
| ) | (WO) |
| KATHLEEN BABINEAUX BLANCO, ) | |
| Governor, State of ) | |
| Louisiana, in her official ) | |
| and individual capacity, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging, among other things, his transfer and the conditions of his confinement. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of April, 2007.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE