| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ A<br>                ☐ Ac<br>B. Received by (Printed Name)  C. Date of<br>Tori Luce         4/9/07<br>D. Is delivery address different from item 1? ☐ Y<br>If YES, enter delivery address below:  ☐ |
| 1. Article Addressed to:<br><br>Honorable Robert H. Shemwell<br>Clerk/Magistrate<br>United States District Court<br>1167 United States Court House<br>300 Fannin Street<br>Shreveport, LA 71101<br><br>07cv197 Transfer | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Rece<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 8193 |

PS Form 3811, February 2004        Domestic Return Receipt