not original signature

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
Timothy Watters              *    07-634
        Plaintiff,           *
                             *           RECEIVED
                             *           APR 30 2007
                             *           ROBERT H. SHEMWELL, CLERK
                             *           WESTERN DISTRICT OF LOUISIANA
                             *           LAFAYETTE, LOUISIANA
vs.                          *    Civil Actio No.
                             *    2:07-cv-197-MHT(WO)
                             *
Kathleen Babineaux Blanco,   *
Governor, State of Louisiana,*
In her Official Capacity,    *
et al.,                      *
```

Notice of Appeal

Notice is hereby given that ___Timothy Watters___, Plaintiff, hereby appeals to the United States court of Appeals for the 11th Circuit from an order and final judgment entered in this action on the __4th__ day of __April__, 2007.

_Timothy Watters_
Timothy Watters #117621
dorm __BC#4-40__
3843 Stagg Ave.
S.L.C.C.
Basile, La. 70515

S

Timothy Watters #A 11-76-21
L.C.S BC#4-40
3843 Stagg Avenue
Basile, La. 70515

LAFAYETTE LA 705
25 APR 2007 PM 2 T

LEGAL MAIL—

Clerk of the Court
Ms. Debra Hackett
United States District Court
Post Office Box 711
Montgomery, Alabama.
36101-0711

36101+0711