IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 07-12120-E

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 0 4 2007
THOMAS K. KAHN
CLERK

TIMOTHY WATTERS,

Plaintiff-Appellant,

versus

KATHLEEN BABINEAUX BLANCO,
Governor, State of Louisiana, in her official and
individual capacity,
PAT LE BLANC, Owner of LCS, Louisiana
Correctional Service, Inc. and South Louisiana
Correctional Center, in his official and
individual capacity,
BOB RILEY, Governor of the State of Alabama,
in his official and individual capacity,
RICHARD ALLEN, Commissioner for Alabama
Department of Corrections, in his official and
individual capacity,

Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before BIRCH and BLACK, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED in part and MAY PROCEED in part. The appeal is DISMISSED, sua sponte, for lack of jurisdiction as to the portion of the district court's April 4, 2007, order that transferred the Appellant's claims regarding the conditions of confinement

at the Louisiana prison to the United States District Court for the Western District of Louisiana. See Dobard v. Johnson, 749 F.2d 1503, 1507 (11th Cir. 1985); Roofing and Sheet Metal Servs., Inc. v. LaQuinta Motor Inns, Inc., 689 F.2d 982, 987 (11th Cir. 1982); Stelly v. Employers Nat'l Ins. Co., 431 F.2d 1251, 1253 (5th Cir. 1970). With respect to the district court's dismissal of the Appellant's remaining claims, however, the appeal MAY PROCEED. See 28 U.S.C. §§ 1291, 1292; Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F.2d 371, 375-76 (11th Cir. 1989); Schuurman v. Motor Vessel Betty K V, 798 F.2d 442, 444-45 (11th Cir. 1986); Czeremcha v. Int'l Ass'n of Machinists and Aerospace Workers, AFL-CIO, 724 F.2d 1552, 1554 (11th Cir. 1984); Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.