IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-12120-E

```
                                    FILED
                            U.S. COURT OF APPEALS
                              ELEVENTH CIRCUIT

                                 JUL 0 5 2007

                                THOMAS K. KAHN
                                    CLERK
```

TIMOTHY WATTERS,

            Plaintiff-Appellant,

versus

KATHLEEN BABINEAUX BLANCO, Governor, State
of Louisiana, in her official and individual capacity,
PAT LE BLANC, Owner of LCS, Louisiana Correctional
Service, Inc. and South Louisiana Correctional Center, in
his official and individual capacity, et al.,

            Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

### ENTRY OF DISMISSAL

Pursuant to 11th Cir.R. 42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file a motion for leave to proceed on appeal within the time fixed by the rules, effective this 5th day of July, 2007.

        THOMAS K. KAHN
        Clerk of the United States Court
        of Appeals for the Eleventh Circuit

        By: Gloria Powell
        Deputy Clerk

        FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

F:\Orders\DsmPLRAlvtoproceed.ord